487 A.2d 820

**ESTATE OF Charlemagne TOWER, Deceased.**

**Appeal of Tripp TOWER and Annette Tower Ragsdale.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1985.

Decided Feb. 20, 1985.

Reargument Denied April 9, 1985.

William C. Bullitt, Lewis H. Van Dusen, Jr., Philadelphia, for appellant.

Richard W. Stevens, Philadelphia, for Helen Tower Brunet.

John R. Suria, Philadelphia, for trustees.

Alfred W. Putnam, Philadelphia, trustee, pro se.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## DECREE

PER CURIAM.

Decree affirmed. Each party to bear own costs.